

RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE
BY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

| P H L VARIABLE LIFE INS. CO. | CIVIL ACTION NO. 1:07–CV–01115 |
|---|---|
| -vs- | JUDGE DRELL |
| ANGELLA ROMERO, et al. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

Based on written reasons given this date, **IT IS HEREBY ORDERED** that the dispositions of the three cross-motions for summary judgment pending in the above referenced matter (Docs. 50, 52, 54) are as follows:

(1)  Doc. 50, a motion for partial summary judgment by BRANT M. SEGURA and SHANNON SEGURA, is **DENIED**;

(2)  Doc. 52, a motion for partial summary judgment by ANGELLA ROMERO, is **DENIED**; and

(3)  Doc. 54, a motion for summary judgment by P H L Variable Life Ins. Co. ("PHL") on the merits of its complaint and against the defendants' counterclaims, is **GRANTED IN PART** as to the following claims regarding PHL's lawsuit under former La. R.S. 22:619:

    (a)  that Mr. Mark H. Segura ("Mr. Segura") made factual misrepresentations in his application for life insurance;

    (b)  that the premium of the insurance policy issued by PHL to Mr. Segura was affected by Mr. Segura's misrepresentations; and

    (c)  that the timing of PHL's initial underwriting review did not prevent Mr. Segura's misrepresentations from being considered "material" under the statute.

(4)     The remaining portions of Doc. 54 are **DENIED IN PART** as to the following issues regarding PHL's lawsuit under former La. R.S. 22:619:

   (a)     whether Mr. Segura misrepresented facts in his application for life insurance to PHL with the actual intent to deceive PHL;

   (b)     whether PHL has waived its right to contest the validity of the policy that it issued to Mr. Segura for failure to investigate; and

   (c)     whether PHL is liable for statutory penalties, costs, fees, and/or damages.

SIGNED on this _14_ day of September, 2009, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE